| | |
|---|---|
| MONKEY RIDGE, LLC, DIPPY RIDGE, INC., AND STEMILT AG SERVICES, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNIGARD INSURANCE COMPANY, a Washington corporation,<br>　　　　　　　　Defendant. | CASE NO.: 2:16-CV-0213-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 28). The parties have stipulated that all matters in controversy between the parties have been settled, and request an order dismissing this action with prejudice and without cost to any party be entered.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without cost to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 17, 2017.



THOMAS O. RICE
Chief United States District Judge